UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL E. MITCHUM,

    Plaintiff,

  v.

HONEA, et al.,

    Defendants.

Case No. 16-cv-01040-PJH

**ORDER OF TRANSFER**

Dkt. No. 4

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at Butte County Jail which lies within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's motion to proceed in forma pauperis. The Clerk shall update plaintiff's address to: Michael Mithcum CDC # AZ-1344, Housing Unit K-309, Deuel Vocational Institution, P.O. Box 600, Tracy, CA 95378, and **SEND** this order to that address.

**IT IS SO ORDERED.**

Dated: May 18, 2016

PHYLLIS J. HAMILTON
United States District Judge

\\candoak.cand.circ9.dcn\data\users\PJHALL\_psp\2016\2016_01040_Mitchum_v_Honea_(PSP)\16-cv-01040-PJH-trn.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. MITCHUM,<br><br>    Plaintiff,<br><br>  v.<br><br>HONEA, et al.,<br><br>    Defendants. | Case No. 16-cv-01040-PJH<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on May 18, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael E. Mitchum
CDC # AZ-1344
Housing Unit K-309
Deuel Vocational Institution
P.O. Box 600
Tracy, CA 95378

Dated: May 18, 2016

                                                   Susan Y. Soong
                                                   Clerk, United States District Court

By: /s/ Nichole Peric
Nichole Peric, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON